

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2019

No. 04-19-00244-CR

Christopher **KINES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 16-07-153-CRW
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Julie Verastegui's Notification of Late Reporter's Record is hereby GRANTED. The Reporter's Record is due July 15, 2019.

It is so **ORDERED** on June 20, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court